*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON CARPENTER, | CASE NO.: CV 11-8210-GW(MANx) |
| *Plaintiff,* | **ORDER FOR DISMISSAL OF ACTION** |
| vs. | |
| EL POLLO LOCO, INC., et al., | |
| *Defendants.* | |

1

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the above-referenced action is dismissed in its entirety and as to all parties and causes of action with prejudice and that this Court shall retain jurisdiction over any disputes, if any such disputes arise, relating to the confidential settlement agreement reached in this matter. Each party is to bear its own costs, expenses, and attorney's fees incurred in this action.

DATED: January 23, 2012

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE